IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Walter R. Luostari - #094326

_____ /

**ORDER TO SHOW CAUSE**

It appearing that Walter R. Luostari has been suspended by the State Bar Court following a criminal conviction effective July 9, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before September 10, 2010 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Walter R. Luostari
Attorney At Law
Burlison & Loustari
1117 Foothill Blvd #A
La Canada, CA 91011