**FILED**

NOV 2 3 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV 10 80199 MISC VRW

Walter R Luostari,

                                         ORDER

    State Bar No 094326

_____/

On August 10, 2010, the court issued an order to show cause (OSC) why Walter R Luostari should not be removed from the roll of attorneys authorized to practice law before this court, based upon his suspension by the State Bar Court following a criminal conviction, effective July 9, 2010.

The OSC was mailed to Mr Luostari's address of record with the State Bar on August 10, 2010. A written response was due on or before September 10, 2010. No response to the OSC has been filed as of this date.

The court now orders Walter R Luostari removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

**VAUGHN R WALKER**
**United States District Chief Judge**

United States District Court
For the Northern District of California

## UNITED STATES DISTRICT COURT

### FOR THE

### NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Walter R Loustari

Case Number: CV10-80199 VRW

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 23, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Walter R Loustari
Burlison & Loustari
1117 Foothill Blvd #A
La Canada, CA 91011

Dated: November 23, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*